UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN GODBOLT <br> 6032 Addison Rd. <br> Capitol Heights, MD 20743 <br><br> Plaintiff <br><br> v. <br><br> DISTRICT OF COLUMBIA GOVERNMENT <br> OFFICE OF TECHNOLOGY MANAGEMENT <br> SERVCE: <br> Mayor Anthony Fenton <br> 1350 Pennsylvania Avenue, NW, Suite 310 <br> Washington, DC 20004 <br> & <br> Peter J. Nickles <br> Office of the Attorney General <br> 441 4th Street, NW, Suite 1060-N <br> Washington, DC 20001 <br><br> AND <br><br> AMERICAN FEDERATION OF STATE <br> COUNTY & MUNICIPAL EMPLOYEES <br> SERVE: <br> Brenda Featherstone, President <br> 1724 Kalorama Road, Suite 200 <br> Washington, DC 20009 <br><br> Defendants | **FILED** <br> JUL 15 2008 <br> Clerk, U.S. District and <br> Bankruptcy Courts <br><br> Case # _____ <br><br><br> Case: 1:08-cv-01201 <br> Assigned To : Bates, John D. <br> Assign. Date : 7/15/2008 <br> Description: Labor-ERISA <br><br> *JURY ACTION* |

## COMPLAINT

COMES NOW the plaintiff, John Godbolt ("Godbolt"), and in support of his claim against the defendants, states as follows:

### PARTIES

1. Godbolt is a citizen of the United States and a member of Local 1200 of the American Federal of State, County & Municipal Employees ("AFSCME").

2. Defendant AFSCME is a union and is the authorized bargaining representative at Godbolt's workplace.

3. Defendant District of Columbia Office of Technology Management is a division of the District of Columbia Government.

## JURISDICTION

4. This case is brought pursuant to 5 USC 7116 and 29 USC 185.

5. Venue is proper in this district insofar as all facts and allegations concern plaintiff's employment with the District of Columbia Government.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

6. Godbolt was hired by the District of Columbia Government as a Computer Operator in 1999.

7. That at all times relative hereto, there was a Collective Bargaining Agreement in effect between AFSCME and the DC Government.

8. On or about October 29, 2007, the DC Government terminated Godbolt from his position ostensibly for "incompetence and interfering with the efficiency and integrity of government operations" when Godbolt pressed the Emergency Power Off button in an effort to silence a fire alarm on October 11, 2007.

9. That the decision to terminate Godbolt was in violation of the Collective Bargaining Agreement (including, but not limited to, the failure to provide proper training in emergency procedures).

10. AFSCME timely filed a grievance of the removal. The grievance was denied. In December 2007, AFSCME filed a request for arbitration.

11. That the case never proceeded to arbitration. By letter dated April 30, 2008, AFSCME advised Godbolt for the first time that it would not seek arbitration in this case.

## COUNT I

12. That all facts and allegations contained hereinabove are incorporated by reference without being fully repeated herein.

13. That pursuant to the terms of the National Labor Relations Act, co-defendant AFSCME owed a duty of fair representation to Godbolt. Among other things, this duty encompassed the duty to prosecute a meritorious grievance through and including arbitration.

14. That the termination of Godbolt violated the terms of the Collective Bargaining Agreement.

15. That co-defendant AFSCME breached its duty of fair representation by failing to prosecute the grievance.

16. That as a direct result of the defendant's failure to pursue the case through arbitration, Godbolt remains without gainful employment, including his wages and benefits; he has been forced to hire an attorney; and he has been otherwise damaged.

WHEREFORE, the premises considered, your plaintiff prays:

a. That the Court determine that AFSCME breached its duty of fair representation.

b. That the Court determine that DC Government violated the terms of the Collective Bargaining Agreement.

c. That this Court award plaintiff his damages, including backpay.

    d. That this Court order that the plaintiff be reinstated.

    e. That this Court award plaintiff his attorney's fees.

    f. And for such other and further relief as this Court deems just and proper.

## COUNT II

17    That all facts and allegations contained hereinabove are incorporated by reference without being fully repeated herein.

18.    That co-defendant DC Government has committed an unfair labor practice, to wit:

    a. Non-union members were given more favorable appraisals than union members. Specifically, the plaintiff was awarded no greater than a Satisfactory on his annual performance evaluations after his performance evaluation was changed in 2004, approximately. On the other hand, non-union members were given higher ratings.

19.    That co-defendant AFSCME has committed an unfair labor practice, to wit:

    a. AFSCME interfered with plaintiff in the exercise of his rights under the NLRA by failing or refusing to proceed with arbitration.

    b. AFSCME discriminated against plaintiff by refusing to go to arbitration and by failing to pursue a grievance for prior suspensions and disciplinary actions.

    c. AFSCME generally failed to enforce the agreement (for example, the union did not grieve a change in work rules such as the lunch hour).

20.    That as a direct result of the foregoing, Godbolt remains without gainful

employment, including his wages and benefits; he has been forced to hire an attorney; and he has been otherwise damaged.

WHEREFORE, the premises considered, your plaintiff prays:

A. That the Court determine that both defendants committed an unfair labor practice.

B. That the Court determine that the defendants violated the terms of the Collective Bargaining Agreement.

C. That this Court award plaintiff his damages, including backpay.

D. That this Court order that the plaintiff be reinstated.

E. That this Court award plaintiff his attorney's fees.

F. And for such other and further relief as this Court deems just and proper.

KARPEL & LINK

_____
RICHARD J. LINK, #443609
Attorney for Plaintiff
8601 Georgia Avenue, Suite 905
Silver Spring, MD 20910
(301) 495-0070

### PRAYER FOR JURY TRIAL

Plaintiff prays a trial by jury so triable herein.

_____
RICHARD J. LINK

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS** John Godbolt

**DEFENDANTS** DC Government ETAL

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Prince Georges

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
LAND CONDEMNATION CASES, USE THE LOCATION OF THE

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
R Link, 8601 Georgia Ave, #9
Silver Spring, MD 20910

Case: 1:08-cv-01201
Assigned To : Bates, John D.
Assign. Date : 7/15/2008
Description: Labor-ERISA

JURY ACTION

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|   | PTF | DFT |   | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/ Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>Social Security:<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>Other Statutes<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

③

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☒ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☒ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC §7116 or 29 USC §185

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐   DEMAND $   Check YES only if demanded in complaint   JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES  ☒ NO   If yes, please complete related case form.

DATE 7/15/08   SIGNATURE OF ATTORNEY OF RECORD  *[signature]*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.