## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JOHN GODBOLT        *

     Plaintiff        *

v.        *    Case No. 1:08-cv-01201

AMERICAN FEDERATION OF      *
STATE, COUNTY & MUNICIPAL EMPLOYEES, et al.
                                 *
     Defendants

### LINE OF DISMISSAL

Pursuant to FRCP 41(a), please note the dismissal of the above-captioned case *without* prejudice. Neither defendant has filed an Answer or Motion for Summary Judgment.

                                       ___/s/__ Richard J. Link
                                       RICHARD J. LINK, #443609
                                       Counsel for Plaintiff
                                       8601 Georgia Avenue, Suite 905
                                       Silver Spring, MD 20910
                                       (301) 495-0070

### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the aforegoing was electronically mailed this 9th day of August, 2008, to: Anton Haijar, Esquire, 1300 L Street, NW, Suite 1200, Washington, DC 20005; and was served by regular mail on the Government of the District of Columbia, Office of Technology Management, 441 4th Street, NW, Suite 930, Washington, DC 20001; and Office of the Attorney General, 441 4th Street, NW, Suite 1060-N, Washington, DC 20001.

                                         ___/s/__ Richard J. Link