UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JOHN GODBOLT         *

   Plaintiff        *

v.                   *     CIVAL ACTION # 08 1201

DISTRICT OF COLUMBIA, et al   *

   Defendant        *

**RECEIVED**

AUG 0 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RETURN OF SERVICE

Please find the Postal Service Form 3811 indicating that service was made, by Certified Mail- Return Receipt Requested, on or about July 21, 2008 upon defendant AMERICAN FEDERATION OF STATE COUNTY & MUNICIPAL EMPLOYEES serving said defendant with the Summons, and Complaint.

KARPEL & LINK

_____
CURTIS J. KARPEL, #81992
RICHARD Y. LINK, #443609
Attorneys for Plaintiff(s)
8601 Georgia Avenue, Suite 905
Silver Spring, MD 20910
(301) 495-0070

SWORN TO AND SUBSCRIBED, before me, this 5th day of August, 2008.

_____
NOTARY PUBLIC

MELODY D. GOODING
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires February 21, 2011

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

American Federation of State County & Municipal Emp.
Serv: Brenda Featherstone
1724 Kalorama Rd Suite 200
Wash, DC 20009

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7002 0860 0007 6124 4010

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1035

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN GODBOLT | * |
| Plaintiff | * |
| v. | *   CIVAL ACTION # 08 1201 |
| DISTRICT OF COLUMBIA, et al | * |
| Defendant | * |

### RETURN OF SERVICE

Please find the Postal Service Form 3811 indicating that service was made, by Certified Mail-Return Receipt Requested, on or about July 18, 2008 upon defendant MAYOR OF THE DISTRICT OF COLUMBIA serving said defendant with the Summons, and Complaint.

KARPEL & LINK

_/s/ R. Link_

CURTIS J. KARPEL, #81992
RICHARD J. LINK, #443609
Attorneys for Plaintiff(s)
8601 Georgia Avenue, Suite 905
Silver Spring, MD 20910
(301) 495-0070

SWORN TO AND SUBSCRIBED, before me, this 5th day of August, 2008.

_/s/ Melody D. Gooding_
NOTARY PUBLIC

MELODY D. GOODING
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires February 21, 2011

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name): CARMEN GAUTHNEY<br>C. Date of Delivery: 7·18·08 |
| 1. Article Addressed to:<br><br>Mayor Anthony Fenton<br>Dist of Columbia Gov.<br>1350 Penn Ave. NW<br>Suite 310<br>Wash, DC 20004 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No<br><br>3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 0860 0007 6124 4003 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN GODBOLT | * |
| Plaintiff | * |
| v. | *   CIVAL ACTION # 08 1201 |
| DISTRICT OF COLUMBIA, et al | * |
| Defendant | * |

### RETURN OF SERVICE

Please find the Postal Service Form 3811 indicating that service was made, by Certified Mail-Return Receipt Requested, on or about July 21, 2008 upon defendant DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GERNERAL serving said defendant with the Summons, and Complaint.

KARPEL & LINK

_____
CURTIS J. KARPEL, #81992
RICHARD J. LINK, #443609
Attorneys for Plaintiff(s)
8601 Georgia Avenue, Suite 905
Silver Spring, MD 20910
(301) 495-0070

SWORN TO AND SUBSCRIBED, before me, this 5th day of August, 2008.

_____
NOTARY PUBLIC

MELODY D. GOODING
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires February 21, 2011

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): MAC  C. Date of Delivery: 7/2 |
| 1. Article Addressed to:<br>Peter Nickles<br>District of Columbia Gov.<br>Office of the Attorney General<br>441 4th St. NW Suite 1060-N<br>Wash, DC 20001 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 0860 0007 6124 3990 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035